# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE DORRIS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART ASSOCIATES, INC, a Delaware Corporation, and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No.: CV 23-6718-GW-AJRx <br><br> *[Assigned for all purposes to Honorable George H. Wu]* <br><br> **ORDER TO DISMISS WITH PREJUDICE** <br><br> Complaint Filed: 07/14/2023 <br> Trial Date:       11/05/2024 |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 16, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

